UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-cr-20858-BLOOM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TYWAN HILL,

    Defendant.
_____/

## ORDER ON MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

**THIS CAUSE** is before the Court upon Defendant Tywan Hill's ("Defendant") letter to the Court, which the Court construes as a motion for early termination of supervised release, ECF No. [116] ("Motion"), filed on July 20, 2023.[1] The Government filed a Response in Opposition to the Motion. ECF No. [118]. As of the date of this Order, Defendant did not file a Reply. The Court has reviewed the Motion, the record, and is otherwise fully advised.

On February 18, 2024, a jury convicted Defendant of possession of a firearm as a convicted felon. *See* ECF No. [58]. Defendant was sentenced on May 7, 2014. ECF No. [71]. On October 25, 2015, the Eleventh Circuit affirmed the Defendant's conviction but vacated his sentence, remanding to the district court for further proceedings. ECF No. [92] at 4. On May 18, 2023, the district court sentenced Defendant to 112 months in prison, followed by three years of supervised release. ECF No. [105] at 2-3. The Government represents that Defendant was released from prison on October 15, 2021. ECF No. [118]. Defendant has served approximately twenty-two (22) months of his thirty-six- (36) month supervised release term. *See* ECF No. [105] at 3.

---

[1] The Clerk reassigned the above-styled action to the Court on July 21, 2023, as the Honorable Judge Marcia G. Cooke is no longer assigned to the case. ECF No. [117].

On July 20, 2023, Defendant filed the Motion, which states in its entirety:

> I am writing to request an early termination of probation with your permission. After arriving at the halfway house, I was able to secure a permanent job as a warehouse selector at the C&S Wholesales warehouse where I am currently still employed. I have also completed all required hours of my anger management course as well as passed every drug test that has been administered to me. As of October, [sic] of this year 2023[,] I will have completed more than half of my required probation, I plan to upkeep my straight and positive path, and I believe that early termination will help me move further in life.

ECF No. [116]. On August 3, 2023, the Government filed its Response, opposing early termination. ECF No. [118]. The Government first argues the nature and circumstances of Defendant's crime, and his criminal history, weigh heavily against early termination. *Id.* at 4. Second, continuing supervised release would deter Defendant's recidivism. *Id.* at 5. Third, continued supervised release would support, rather than interfere with, Defendant's rehabilitation. *Id.*

> Under 18 U.S.C. § 3583(e)(1):
>
> after considering the factors set forth in § 3553(a), a court may terminate a term of supervised release in which the defendant has already served at least one year. Before terminating supervised release, however, the court must be "satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1).

*United States v. Perry*, 397 Fed. Appx. 521, 522 (11th Cir. 2010). The purpose of supervised release is to "improve the odds of a successful transition from the prison to liberty." *Johnson v. United States*, 529 U.S. 694, 708-09 (2000).

Upon review, the Defendant has not established that early termination of his period of supervised release is warranted. Defendant has achieved much success and the Court commends Defendant on his gainful employment, participation in the anger management course, drug-free status, and his desire to lead a law-abiding life. However, given the lengthy criminal history, *see* ECF No. [108] at 4 (describing past convictions in the state court system), the Court is not satisfied

that the section 3553(a) factors or the interest of justice warrants early termination at this time.

Accordingly, it is **ORDERED AND ADJUDGED** that the Motion, **ECF No. [116]**, is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on August 18, 2023.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Tywan Hill
1990 NW 4 Court
Apt. 13
Miami, FL 33136